# IN THE SUPREME COURT OF THE STATE OF NEVADA

MAURICE TERRANCE MOORE,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 84513

FILED

APR 18 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Christy L. Craig, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered its order denying appellant's petition on December 10, 2021. The district court served notice of entry of that order on appellant on December 14, 2021. Appellant did not file the notice of appeal, however, until April 4, 2022, well after the expiration of the 30-day appeal period prescribed by NRS 34.575. *See* NRAP 4(b); *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994) (explaining that an untimely notice of appeal fails to vest jurisdiction in this court). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

22-12118

cc:    Hon. Christy L. Craig, District Judge
       Maurice Terrance Moore
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk